No. 3058. Vargas, Apelante, *v.* Cruz, Apelada. — Corte

de Distrito de Mayagüez. Resuelto en mayo 22, 1923. Vista la moción de desestimación presentada por la apelada y la certificación que a la misma se acompaña, se declara con lugar y se desestima la apelación.